# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

RICHARD B. FREEMAN,

        Petitioner,  :  Case No. 2:19-cv-4493

- vs -        District Judge George C. Smith
              Magistrate Judge Michael R. Merz

OHIO DEPARTMENT OF
REHABILITATION AND CORRECTIONS,

                      :
        Respondent.

## NOTICE TO *PRO SE* PETITIONER

When she ordered an answer in this habeas corpus case, Magistrate Judge Deavers provided a deadline for Petitioner to file a reply or traverse of twenty-one days after the Return of Writ was filed (ECF No. 4, PageID 80). Respondent has now filed a Return (ECF No. 13) which shows it was served on Petitioner by mail which extends Petitioner's reply date by three days.

Therefore Petitioner's reply/traverse must be filed not later than April 15, 2020.

April 1, 2020.

                                            s/ *Michael R. Merz*
                                        United States Magistrate Judge