# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

RICHARD B. FREEMAN,

      Petitioner,                :      Case No. 2:19-cv-4493

  - vs -                                      Chief Judge Algenon L. Marbley

                                                 Magistrate Judge Michael R. Merz

OHIO DEPARTMENT OF
 REHABILITATION AND CORRECTIONS,

      Respondent.             :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Petition be dismissed without prejudice for lack of jurisdiction.

September 29, 2020.

                                                        Algenon L. Marbley
                                                     United States Chief Judge